IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3124 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL A. CLAUFF, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for leave to file under seal (filing 41) is granted.

(1) The defendant's unopposed motion to continue sentencing (filing 42) is granted.

(2) Defendant Clauff's sentencing is continued to Wednesday, September 12, 2012, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated July 11, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge